UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNTOWN STREETS TEAM, *et al.*,<br><br>    Defendants. | Case No. 25-cv-02361-SI<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING JUNE 6, 2025 HEARING** |

On April 28, 2025, defendants filed a motion to dismiss this case. The opposition to that motion was due on May 15, 2025. Self-represented plaintiff Jude David Smith has not filed an opposition, nor has he responded to an email from the Court's clerk inquiring about whether Smith intended to oppose the motion.

Accordingly, the Court directs Smith to show cause in writing no later than June 4, 2025, why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Smith responds by stating that he wishes to proceed with this case, the Court will set a new briefing schedule and hearing date on defendants' motion.[1] If Smith does not respond, the Court will dismiss this case without prejudice for failure to prosecute.

The June 6, 2025 hearing on defendant's motion to dismiss is VACATED.

**IT IS SO ORDERED**.

Dated: May 22, 2025

SUSAN ILLSTON
United States District Judge

---

[1] Smith may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or emailing fedpro@sfbar.org.