United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNTOWN STREETS TEAM, *et al.*,<br><br>    Defendants. | Case No. 25-cv-02361-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 14 |

    In an order filed May 27, 2025, the Court directed plaintiff Jude David Smith to show cause in writing no later than June 4 why this case should not be dismissed for failure to prosecute. Smith has not filed anything, nor has he taken any action in this case since the filing of an amended complaint in April 2025.

    Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute. Defendants' motion to dismiss is DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated: June 9, 2025

                  SUSAN ILLSTON
                  United States District Judge