UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>DOWNTOWN STREETS TEAM, *et al*.,<br><br>    Defendants. | Case No. 25-cv-02361-SI<br><br>**JUDGMENT** |

   This case has been dismissed without prejudice for failure to prosecute.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 9, 2025

_____
SUSAN ILLSTON
United States District Judge